CAROLINE D. CIRAOLO
Acting Assistant Attorney General

AARON M. BAILEY
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044
(202) 616-3164 (v)
(202) 307-0054 (f)
Aaron.M.Bailey@usdoj.gov

Of Counsel:
BENJAMIN B. WAGNER
United States Attorney
Eastern District of California

*Attorneys for the United States of America*

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>CYNTHIA A. COUGHLIN, a/k/a CINDY A. COUGHLIN, d/b/a SHEA & COUGHLIN; WELLS FARGO BANK, N.A.; and SACRAMENTO COUNTY,<br><br>   Defendants. | Case No.<br><br>**COMPLAINT** |

The United States of America (the "United States"), by and through its undersigned counsel, hereby complains and alleges as follows:

**INTRODUCTION**

1. This is a civil action timely brought by the United States to (i) reduce to judgment outstanding federal tax assessments against Defendant Cynthia A. Coughlin; (ii) foreclose federal tax liens on a parcel of real property located in Sacramento County, California, described more completely below and referred to as the "Subject Property"; and (iii) sell the Subject Property,

1

13422495.1

and distribute the proceeds from such sale in accordance with the Court's findings as to the validity and priority of the liens and claims of all parties.

## JURISDICTION AND VENUE

2. This action is commenced pursuant to 26 U.S.C. §§ 7401 and 7403 at the direction of the Attorney General of the United States and with the authorization and request of the Chief Counsel of the Internal Revenue Service (the "Service), a delegate of the Secretary of the Treasury of the United States.

3. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1340 and 1345, and 26 U.S.C. § 7402.

4. Venue properly lies in this judicial district pursuant to 28 U.S.C §§ 1391(b) and 1396, because Defendant Cynthia A. Coughlin resides in the Eastern District of California and because the Subject Property at issue is located within the Eastern District of California.

## DEFENDANTS

5. Defendant Cynthia A. Coughlin is so named because she resides within this jurisdictional district, has unpaid federal tax liabilities, the United States has tax and judgment liens against her, and she has an ownership interest in the Subject Property.

6. Defendant Wells Fargo Bank, N.A. is named as a defendant pursuant to 26 U.S.C. §7403(b) because it may claim an interest in the Subject Property.

7. Defendant Sacramento County is names as a defendant pursuant to 26 U.S.C. § 7403(b) because it may claim an interest in the Subject Property.

## SUBJECT PROPERTY

8. The property sought to be foreclosed by this action consists of a parcel of real property commonly described as 4765 Courtland Lane, Carmichael, California 95608, and is Sacramento County Assessor's Parcel No. APN 256-0370-022-0000. The legal description of the property is as follows:

> LOT 22, AS SHOWN ON THE "PLAT OF HIDDEN OAKS", RECORDED IN BOOK 187 OF MAPS, MAP NO. 8, RECORDS OF SAID COUNTY.

9. The Subject Property was acquired from Sprincin Carmichael Partners by Grant

13422495.1

Deed, recorded on December 1, 1989, by Defendant Cynthia A. Coughlin.

10. Defendant Coughlin is the sole occupant and owner of the Subject Property. She currently occupies the Subject Property as her primary residence.

**OBLIGATIONS OF DEFENDANT COUGHLIN
UNDER THE INTERNAL REVENUE CODE**

11. Under 26 U.S.C. §§ 3102 and 3402, employers are required to withhold federal income taxes and Federal Insurance Contributions Act ("FICA") taxes from their employees' wages as, and when, wages are paid. Under 26 U.S.C. § 7501, employers are to hold these withheld taxes in trust for the United States.

12. Under 26 U.S.C. § 6302 and the Treasury Regulations (Title 26 of the Code of Federal Regulations) promulgated thereunder, employers are generally required to deposit with an authorized government depository the withheld income taxes and FICA taxes either monthly or semi-weekly.

13. Under 26 U.S.C. §§ 3111 and 3301, employers are required to pay their own FICA and Federal Unemployment Tax Act ("FUTA") taxes.

14. Under 26 U.S.C. §§ 6011 and 6071 and 26 C.F.R. § 31.6071(a)-1, employers are required to filed (a) Employer's Quarterly Federal Tax Returns (Form 942) to report the income and FICA taxes withheld from its employees' wages and their own FICA taxes and (b) Employer's Annual Federal Unemployment Tax Returns (Form 940) annually to report their FUTA taxes.

15. Under 26 U.S.C. § 6151 and 26 C.F.R. § 55.6151-1, employers are required to pay any taxes due on their Forms 941 and Forms 940 without assessment or notice and demand from the Service to pay the taxes due no later than the time they are required to file the returns.

16. Defendant Coughlin is responsible for both FICA and FUTA taxes for various quarters, reportable on Forms 940 and 941, for wages paid to employees of her legal practice.

17. Additionally, Defendant Coughlin is required to report and pay over individual federal income tax on an annual basis. The individual income tax liabilities set forth below are

based upon returns filed by the Defendant.

## COUNT ONE:  REDUCE FEDERAL TAX ASSESSMENTS
## TO JUDGMENT AGAINST DEFENDANT CYNTHIA A. COUGHLIN

18. The United States incorporates and re-alleges as if fully stated herein each of the allegations in Paragraphs 1 through 17.

19. Defendant Cynthia A. Coughlin has a history of failing to timely file and/or pay her federal income taxes and incurred sole-proprietorship employment tax liabilities.  She is required to make estimated tax payments and has accrued income tax liabilities dating back to 1996.

20. More recently, Defendant Coughlin failed to timely file federal income tax returns and pay taxes for tax years 2002, 2003, 2004, 2005, and 2007.

21. Defendant Coughlin failed to timely file and pay Form 941 taxes for tax quarters ending March 31, 2005 through September 30, 2006; March 31, 2007 through December 31, 2007; and September 30, 2008 through December 31, 2009.

22. Defendant Coughlin failed to timely file and pay Forms 940 for the tax year ending December 31, 2005 and December 31, 2007.

23. On the dates, in the amounts, and for the tax periods set forth below, a duly authorized delegate of the Secretary of the Treasury made timely assessments against Defendant Coughlin for unpaid federal income taxes and employment taxes (Forms 1040, 941, and 940), penalties, interest, and other statutory additions as follows:

13422495.1

| Tax Type | Tax Period | Assessment Date | Assessment Amount and Type of Assessment | | Unpaid Balance as of January 30, 2016 |
|---|---|---|---|---|---|
| 1040 | 2002 | 02/07/2005 | Tax Assessed: | $8,697.08 | |
| | | " | Tax Penalty: | $191.26 | |
| | | " | Late Filing Penalty: | $1,956.84 | |
| | | " | Failure to Pay Penalty: | $956.68 | |
| | | " | Interest Assessed: | $890.19 | |
| | | 06/13/2005 | Fees and Collection Costs: | $14.00 | |
| | | 12/06/2010 | Failure to Pay Penalty: | $1,217.59 | |
| | | 03/13/2015 | Fees and Collection Costs: | $42.00 | $15,779.01 |
| 1040 | 2003 | 02/07/2005 | Tax Assessed: | $10,201.43 | |
| | | " | Tax Penalty: | $249.33 | |
| | | " | Late Filing Penalty: | $2,295.32 | |
| | | " | Failure to Pay Penalty: | $510.07 | |
| | | " | Interest Assessed: | $450.26 | |
| | | 12/06/2010 | Failure to Pay Penalty: | $2,040.29 | $25,210.45 |
| 1040 | 2004 | 02/21/2005 | Tax Assessed: | $17,710.23 | |
| | | " | Tax Penalty: | $324.81 | |
| | | 10/23/2006 | Additional Tax Assessed: | $225.00 | |
| | | 12/06/2010 | Failure to Pay Penalty: | $4,483.81 | $35,368.08 |
| 1040 | 2005 | 07/06/2009 | Tax Assessed: | $8,138.83 | |
| | | " | Tax Penalty: | $326.46 | |
| | | " | Late Filing Penalty: | $1,831.24 | |
| | | " | Failure to Pay Penalty: | $1,587.07 | |
| | | " | Interest Assessed: | $2,341.34 | |
| | | 10/05/2009 | Fees and Collection Costs: | $22.00 | |
| | | 12/06/2010 | Failure to Pay Penalty: | $447.64 | $18,221.21 |
| 1040 | 2007 | 06/22/2009 | Tax Assessed: | $11,763.94 | |
| | | " | Tax Penalty: | $156.90 | |
| | | " | Late Filing Penalty: | $1,521.89 | |
| | | " | Failure to Pay Penalty: | $507.30 | |
| | | " | Interest Assessed: | $481.94 | |
| | | 08/03/2009 | Fees and Collection Costs: | $22.00 | |
| | | 12/06/2010 | Failure to Pay Penalty: | $1,082.22 | |
| | | 12/05/2011 | Failure to Pay Penalty: | $101.46 | $13,145.67 |
| 941 | 03/31/2005 | 03/05/2007 | Tax Assessed: | $1,265.00 | |
| | | " | Late Filing Penalty: | $284.62 | |
| | | " | Late Payment Penalty: | $145.47 | |
| | | " | Interest Assessed: | $218.38 | |
| | | 12/01/2008 | Late Payment Penalty: | $170.79 | $2,976.45 |
| 941 | 06/30/2005 | 03/05/2007 | Tax Assessed: | $1,265.00 | |
| | | | " | Late Filing Penalty: | $284.62 | |

5

| Tax Type | Tax Period | Assessment Date | Assessment Amount and Type of Assessment | | Unpaid Balance as of January 30, 2016 |
|---|---|---|---|---|---|
| | | " | Late Payment Penalty: | $126.50 | |
| | | " | Interest Assessed: | $191.88 | |
| | | 12/01/2008 | Late Payment Penalty: | $189.75 | $2,935.10 |
| 941 | 09/30/2005 | 03/05/2007 | Tax Assessed: | $1,468.0 | |
| | | " | Late Filing Penalty: | $330.30 | |
| | | " | Late Payment Penalty: | $124.78 | |
| | | " | Interest Assessed: | $190.63 | |
| | | 12/01/2008 | Late Payment Penalty: | $242.22 | $3,356.33 |
| 941 | 12/31/2005 | 03/05/2007 | Tax Assessed: | $1,468.00 | |
| | | " | Late Filing Penalty: | $330.30 | |
| | | " | Late Payment Penalty: | $102.76 | |
| | | " | Interest Assessed: | $155.86 | |
| | | 12/01/2008 | Late Payment Penalty: | $264.24 | $3,302.56 |
| 941 | 03/31/2006 | 03/12/2007 | Tax Assessed: | $1,594.00 | |
| | | " | Late Filing Penalty: | $358.76 | |
| | | " | Late Payment Penalty: | $87.70 | |
| | | " | Interest Assessed: | $136.57 | |
| | | 12/01/2008 | Late Payment Penalty: | $310.92 | $3,531.25 |
| 941 | 06/30/2006 | 03/05/2007 | Tax Assessed: | $1,594.00 | |
| | | " | Late Filing Penalty: | $358.76 | |
| | | " | Late Payment Penalty: | $63.78 | |
| | | " | Interest Assessed: | $95.13 | |
| | | 12/01/2008 | Late Payment Penalty: | $326.87 | |
| | | 12/07/2009 | Late Payment Penalty: | $7.97 | $3,496.48 |
| 941 | 09/30/2006 | 03/05/2007 | Tax Assessed: | $1,594.00 | |
| | | " | Late Filing Penalty: | $215.26 | |
| | | " | Late Payment Penalty: | $39.86 | |
| | | " | Interest Assessed: | $50.27 | |
| | | 12/01/2008 | Late Payment Penalty: | $326.87 | |
| | | 12/07/2009 | Late Payment Penalty: | $31.89 | $3,195.18 |
| 941 | 03/31/2007 | 08/18/2008 | Tax Assessed: | $1,163.76 | |
| | | " | Late Filing Penalty: | $261.85 | |
| | | " | Late Payment Penalty: | $93.10 | |
| | | " | Interest Assessed: | $138.48 | |
| | | 12/07/2009 | Late Payment Penalty: | $174.57 | $2,387.29 |
| 941 | 06/30/2007 | 08/18/2008 | Tax Assessed: | $1,704.72 | |
| | | " | Late Filing Penalty: | $383.56 | |
| | | " | Late Payment Penalty: | $110.81 | |
| | | " | Interest Assessed: | $157.12 | |
| | | 12/07/2009 | Late Payment Penalty: | $255.70 | $3,430.00 |
| 941 | 09/30/2007 | 08/18/2008 | Tax Assessed: | $1,704.72 | |
| | | " | Late Filing Penalty: | $383.56 | |
| | | " | Late Payment Penalty: | $85.24 | |

13422495.1

| Tax Type | Tax Period | Assessment Date | Assessment Amount and Type of Assessment | | Unpaid Balance as of January 30, 2016 |
|---|---|---|---|---|---|
| | | " | Interest Assessed: | $112.29 | |
| | | 12/07/2009 | Late Payment Penalty: | $255.70 | $3,364.19 |
| 941 | 12/31/2007 | 08/18/2008 | Tax Assessed: | $1,742.97 | |
| | | " | Late Filing Penalty: | $392.17 | |
| | | " | Late Payment Penalty: | $61.00 | |
| | | " | Interest Assessed: | $71.82 | |
| | | 12/07/2009 | Late Payment Penalty: | $261.45 | $3,376.09 |
| 941 | 09/30/2008 | 03/15/2010 | Tax Assessed: | $1,856.28 | |
| | | " | Late Filing Penalty: | $417.66 | |
| | | " | Late Payment Penalty: | $157.78 | |
| | | " | Interest Assessed: | $141.99 | |
| | | 09/12/2011 | Fees and Collection Costs: | $36.00 | $3,457.09 |
| 941 | 12/31/2008 | 03/15/2010 | Tax Assessed: | $1,856.28 | |
| | | " | Late Filing Penalty: | $417.66 | |
| | | " | Late Payment Penalty: | $129.94 | |
| | | " | Interest Assessed: | $107.82 | $3,319.72 |
| 941 | 03/31/2009 | 04/05/2010 | Tax Assessed: | $1,856.28 | |
| | | " | Late Filing Penalty: | $417.66 | |
| | | " | Late Payment Penalty: | $111.38 | |
| | | " | Interest Assessed: | $86.32 | $3,368.94 |
| 941 | 06/30/2009 | 04/05/2010 | Tax Assessed: | $1,742.28 | |
| | | " | Late Filing Penalty: | $392.01 | |
| | | " | Late Payment Penalty: | $78.40 | |
| | | " | Interest Assessed: | $58.79 | $3,095.41 |
| 941 | 09/30/2009 | 03/29/2010 | Tax Assessed: | $1,742.28 | |
| | | " | Late Payment Penalty: | $43.56 | |
| | | " | Interest Assessed: | $28.69 | $2,581.10 |
| 941 | 12/31/2009 | 03/29/2010 | Tax Assessed: | $1,263.59 | |
| | | " | Late Payment Penalty: | $12.64 | |
| | | " | Interest Assessed: | $7.92 | $1,852.47 |
| 940 | 12/31/2005 | 03/05/2007 | Tax Assessed: | $744.00 | |
| | | " | Late Filing Penalty: | $167.40 | |
| | | " | Late Payment Penalty: | $52.08 | |
| | | " | Interest Assessed: | $78.99 | |
| | | 12/01/2008 | Late Payment Penalty: | $133.92 | $1,699.27 |
| 940 | 12/31/2007 | 08/18/2008 | Tax Assessed: | $56.00 | |
| | | " | Late Filing Penalty: | $12.60 | |
| | | " | Late Payment Penalty: | $1.96 | |
| | | " | Interest Assessed: | $2.30 | |
| | | 12/01/2008 | Fees and Collection Costs: | $26.00 | |
| | | 12/07/2009 | Late Payment Penalty: | $8.40 | $141.69 |
| Total: | | | | | **$162,591.03** |

7

13422495.1

24. Timely notice stating the amounts and demanding payments of the assessments set forth in Paragraph 23 was given to Defendant Coughlin, as required by 26 U.S.C. § 6303 of the Internal Revenue Code.

25. Despite timely notice stating the amounts and demanding payment of the assessments set forth in Paragraph 23 and the efforts of the Service to bring Defendant Coughlin in compliance with her tax obligations, Defendant Coughlin has neglected, failed, or refused to pay the assessed amounts to the United States.

26. Pursuant to 26 U.S.C. § 6502(a)(2), the statutes of limitation for the income tax liabilities described in Paragraph 23 above were extended due to two previously pending installment agreements.

27. The United States has established a claim against Defendant Cynthia A. Coughlin in the amount of $162,591.03 for unpaid federal income taxes and employment taxes, as of January 30, 2016. Additional unassessed interest and other statutory additions as provided by law will accrue on these balances.

**COUNT TWO:  FORECLOSE FEDERAL TAX LIENS**

28. The United States incorporates and re-alleges as if fully stated herein each of the allegations in Paragraphs 1 through 27.

29. Pursuant to 26 U.S.C. §§ 6321 and 6322, federal tax liens for unpaid tax liabilities have arisen against and attached to all property and rights to property of Defendant Cynthia A. Coughlin as of the dates of the assessments described in Paragraph 23. In addition, said liens immediately attached to all after-acquired property or rights to property, including the Subject Property.

30. On May 26, 2005, a Notice of Federal Tax Lien was filed in Sacramento County, California against Defendant Coughlin that listed her federal income tax (Form 1040) liability for tax years 2002 through 2004. A Notice of Federal Tax Lien was re-filed in Sacramento County on February 25, 2015 for aforementioned penalties.

31. On May 11, 2007, a Notice of Federal Tax Lien was filed in Sacramento County, California against Defendant Coughlin that listed her employment tax (Form 941) liability for tax

quarters March 31, 2005 through March 31, 2006, and FUTA tax (Form 940) liability for tax year 2005.

32. On October 31, 2007, a Notice of Federal Tax Lien was filed in Sacramento County, California against Defendant Coughlin that listed her employment tax (Form 941) liability for tax quarters June 30, 2006 and September 30, 2006.

33. On November 14, 2008, a Notice of Federal Tax Lien was filed in Sacramento County, California against Defendant Coughlin that listed her employment tax (Form 941) liability for tax quarters March 31, 2007 through December 31, 2007 and FUTA tax (Form 940) liability for tax year 2007.

34. On July 14, 2009, a Notice of Federal Tax Lien was filed in Sacramento County, California against Defendant Coughlin that listed her federal income tax (Form 1040) liability for tax year 2007.

35. On September 15, 2009, a Notice of Federal Tax Lien was filed in Sacramento County, California against Defendant Coughlin that listed her federal income tax (Form 1040) liability for tax year 2005.

36. On August 2, 2011, a Notice of Federal Tax Lien was filed in Sacramento County, California against Defendant Coughlin that listed her employment tax (Form 941) liability for tax quarters September 30, 2008 through December 31, 2009.

37. The tax liens arising from the assessment described in Paragraph 23 above have priority over all interests in the Subject Property acquired after the attachment of the tax liens, subject to the provisions of 26 U.S.C. § 6323(a).

38. The United States seeks to foreclose the federal tax liens described above through the sale of the Subject Property.

39. The Subject Property is encumbered with liens for the unpaid tax assessments described in Paragraphs 29 through 36.

40. Under 26 U.S.C. § 7403(c) and 28 U.S.C. § 3201, the United States is entitled to enforce its federal tax liens and judgment lien against the Subject Property, which should be sold free and clear of all rights, titles, liens, claims, and interests of other parties to this action, with an

13422495.1

appropriate portion of the net proceeds to be distributed to the United States for application toward the unpaid federal tax liabilities of Defendant Coughlin in accordance with the law.

WHEREFORE, the Plaintiff, the United States, prays as follows:

    A.    That this Court determine and adjudge that Defendant Cynthia A. Coughlin is indebted to the United States on the assessments described in Paragraph 23 above in the amount of $162,591.03 as of January 30, 2016, less any subsequent payments or credits, plus interest and other statutory additions, as provided by law, and that judgment in that amount be entered against Defendant Coughlin and in favor of the United States;

    B.    That this Court determine and adjudge that the United States has valid federal tax liens and judgment liens against all property and rights to property of Defendant Coughlin, including, but not limited to, her interest in the Subject Property;

    C.    That this Court determines the merits and priority of any other claims or interests of the other named defendants in the Subject Property and their respective priority to a distribution of proceeds from a sale of the Subject Property;

    D.    That the federal tax and judgment liens against Defendant Coughlin encumbering the Subject Property be foreclosed;

    E.    That the Subject Property be sold, with the proceeds applied to the delinquent federal tax liabilities of Defendant Coughlin; and

///

///

///

13422495.1

     F.    That the United States be granted its costs and fees herein, and such other and further relief as this Court deems just and proper.

DATED this 19th day of January, 2016.

          Respectfully submitted,

          CAROLINE D. CIRAOLO
          Acting Assistant Attorney General

          */s/ Aaron M. Bailey*

          _____
          AARON M. BAILEY
          Trial Attorney, Tax Division
          U.S. Department of Justice
          P.O. Box 683
          Ben Franklin Station
          Washington, D.C.  20044
          (202) 616-3164 (v)
          (202) 307-0054 (f)
          Aaron.M.Bailey@usdoj.gov

          *Of Counsel:*
          BENJAMIN B. WAGNER
          United States Attorney
          Eastern District of California

13422495.1