```
Matthew D. Carlson (Cal. Bar No. 261092)
R. Todd Luoma (Cal. State Bar No. 140066)
Law Office of Williams & Associates, PC
3600 American River Drive, Suite 135
Sacramento, California 95864
Telephone: (916) 488-8501
Facsimile: (916) 488-8196
E-mail: matt@williamstaxlaw.com
        todd@williamstaxlaw.com

Attorneys for Defendant
```

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>CYNTHIA A. COUGHLIN, a/k/a CINDY A. COUGHLIN, d/b/a SHEA & COUGHLIN; WELLS FARGO BANK, N.A.; and SACRAMENTO COUNTY,<br><br>　　　　　　　　　　　　Defendants. | Case No. 2:16-CV-00104-JAM-EFB<br><br>**ANSWER OF DEFENDANT CYNTHIA A. COUGHLIN** |

Defendant Cynthia A. Coughlin, by and through her undersigned counsel, hereby answers the complaint of the United States as follows:

## INTRODUCTION

1. Denies that this civil action is timely brought. Denies that the Defendant, Cynthia A. Coughlin (hereafter, "Defendant"), is indebted to the United States. Admits remaining allegations.

## JURISDICTION AND VENUE

2. Defendant is without knowledge or information as to the truth of these allegations and therefore denies such allegations.

3. Admits.

4. Admits.

//

//

1

## DEFENDANTS

5. Denies that Defendant Cynthia A. Coughlin has unpaid federal tax liabilities in the amounts set forth in the complaint. Admits that Defendant has an ownership interest in the Subject Property. Defendant is without knowledge or information as to the truth of these allegations and therefore denies such allegations.

6. Defendant is without knowledge or information as to the truth of these allegations and therefore denies such allegations.

7. Defendant is without knowledge or information as to the truth of these allegations and therefore denies such allegations.

## SUBJECT PROPERTY

8. Admits the allegation identifying the Subject Property but denies that Plaintiff is entitled to foreclose on any interest it may have in the Subject Property.

9. Defendant is without knowledge or information as to the truth of this allegation and therefore denies such allegation.

10. Admits.

## OBLIGATIONS OF DEFENDANT COUGHLIN UNDER THE INTERNAL REVENUE CODE

11. Denies on the ground that paragraph 11 contains statements of law and alleges no facts. To the extent that paragraph 11 can be construed as containing any allegations that would require a response, denies any such allegations.

12. Denies on the ground that paragraph 12 contains statements of law and alleges no facts. To the extent that paragraph 12 can be construed as containing any allegations that would require a response, denies any such allegations.

13. Denies on the ground that paragraph 13 contains statements of law and alleges no facts. To the extent that paragraph 13 can be construed as containing any allegations that would require a response, denies any such allegations.

14. Denies on the ground that paragraph 14 contains statements of law and alleges no facts. To the extent that paragraph 14 can be construed as containing any allegations that would

require a response, denies any such allegations.

15. Denies on the ground that paragraph 15 contains statements of law and alleges no facts. To the extent that paragraph 15 can be construed as containing any allegations that would require a response, denies any such allegations.

16. Defendant is without knowledge or information as to the truth of this allegation and therefore denies such allegation.

17. Admits that Defendant is required to report and pay over federal income tax on an annual basis. Denies that there are any federal income taxes currently due from Defendant.

## COUNT ONE: REDUCE FEDERAL TAX ASSESSMENTS TO JUDGMENT AGAINST DEFENDANT CYNTHIA A. COUGHLIN

18. Defendant incorporates her responses set forth in paragraphs 1 through 17, above, as if fully stated herein.

19. Defendant is without knowledge or information as to the truth of this allegation and therefore denies such allegation.

20. Defendant is without knowledge or information as to the truth of this allegation and therefore denies such allegation.

21. Defendant is without knowledge or information as to the truth of this allegation and therefore denies such allegation.

22. Defendant is without knowledge or information as to the truth of this allegation and therefore denies such allegation.

23. Defendant is without knowledge or information as to the truth of these allegations and therefore denies such allegations.

24. Defendant is without knowledge or information as to the truth of these allegations and therefore denies such allegations.

25. Denies.

26. Defendant is without knowledge or information as to the truth of these allegations and therefore denies such allegations.

27. Denies that the Plaintiff United States has a valid claim against Defendant in the

amount alleged. Alleges that several tax periods are no longer valid due to the expiration of the statute of limitations on collection pursuant to I.R.C. § 6502.

**COUNT TWO: FORECLOSE FEDERAL TAX LIENS**

28. Defendant incorporates her responses set forth in paragraphs 1 through 17, above, as if fully stated herein.

29. Denies that the Plaintiff United States has valid tax liens for the periods alleged in the complaint. The federal tax liens for Defendant's income tax liabilities for tax years 2002, 2003, and 2004 have been released and extinguished pursuant to I.R.C. § 6325 and its accompanying Treasury Regulations. Such liens no longer attach to property of the Defendant.

30. Defendant is without knowledge or information as to the truth of these allegations and therefore denies such allegations.

31. Defendant is without knowledge or information as to the truth of these allegations and therefore denies such allegations.

32. Defendant is without knowledge or information as to the truth of these allegations and therefore denies such allegations.

33. Defendant is without knowledge or information as to the truth of these allegations and therefore denies such allegations.

34. Defendant is without knowledge or information as to the truth of these allegations and therefore denies such allegations.

35. Defendant is without knowledge or information as to the truth of these allegations and therefore denies such allegations.

36. Defendant is without knowledge or information as to the truth of these allegations and therefore denies such allegations.

37. Denies that all of the federal liens at issue have priority because the liens for tax years 2002, 2003, and 2004 have been released and extinguished.

38. Admits, but denies that Plaintiff is entitled to such foreclosure.

39. Denies.

40. Denies.

## AFFIRMATIVE DEFENSE: STATUTE OF LIMITATIONS

41. The income tax assessments for tax years 2002, 2003, and 2004 are no longer valid pursuant to the statute of limitations on collection contained in I.R.C. § 6502, which provides the IRS with ten years to collect on liabilities.

42. The income tax assessments for tax years 2002, 2003, and 2004 were each made more than ten years prior to the filing of the complaint in this case.

43. Consistent with the above, on April 3, 2016, the IRS filed with the County Recorder for Sacramento County a Form 668 (Z) (Certificate of Release of Federal Tax Lien), which is conclusive that the liens referred to in such certificate are extinguished by virtue of I.R.C. § 6325(f).

## DEMAND FOR JURY

Defendant hereby demands a jury to determine all triable issues of fact.

## REQUEST FOR RELIEF

WHEREFORE, Defendant respectfully requests that the Court deny the Plaintiff the relief requested in the complaint; to determine that income tax liabilities for tax years 2002, 2003, and 2004 are uncollectible due to the expiration of the statute of limitations; and to grand Defendant such other and further relief as the Court may deem just and appropriate.

Dated: May 6, 2016   Respectfully submitted,

LAW OFFICE OF WILLIAMS & ASSOCIATES, PC.

Matthew D. Carlson
3600 American River Drive
Suite 135
Sacramento, CA 95864
Matt@WilliamsTaxLaw.com
Telephone: (916) 488-8501

*R. Todd Luoma* (signature)

R. Todd Luoma
3600 American River Drive
Suite 135
Sacramento, CA 95864
Todd@WilliamsLawAssociates.com
Telephone: (916) 488-8501

Attorneys for Defendant
CYNTHIA A. COUGHLIN