IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
Sacramento Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:16-CV-00104-JAM-EFB |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| CYNTHIA A COUGHLIN, A/K/A, ) | |
| CINDY A. COUGHLIN, D/B/A, ) | |
| SHEA & COUGHLIN; ) | |
| WELLS FARGO BANK, N.A.; and ) | |
| SACRAMENTO COUNTY,, ) | |
| Defendants. ) | |

Before the Court is the parties Joint Motion to Extend the Dispositive Motion Deadline and related relief. For the reasons set forth in the Motion, and good cause being shown, the Court finds that the Motion should be GRANTED.

It is hereby ORDERED that the schedule in this matter be amended to reflect as follows:

a. Dispositive Motion Deadline:      February 7, 2017

b. Dispositive Motion Hearing:       March 7, 2017 at 1:30 p.m.

c. Joint Pretrial Statement Due:     April 7, 2017

d. Pretrial Conference:              April 14, 2017 at 11:00 a.m.

e. Jury Trial:                       May 15, 2017 at 9:00 a.m.

DATED this 1st day of December, 2016.

/s/ John A. Mendez_____
UNITED STATES DISTRICT COURT JUDGE