DAVID A. HUBBERT
Acting Assistant Attorney General

AARON M. BAILEY
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044
(202) 616-3164 (v)
(202) 307-0054 (f)
Aaron.M.Bailey@usdoj.gov

Of Counsel:
PHILLIP A. TALBERT
Acting United States Attorney
Eastern District of California

*Attorneys for the United States of America*

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA
Sacramento Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CYNTHIA A. COUGHLIN, a/k/a CINDY A. ) <br> COUGHLIN, d/b/a SHEA & COUGHLIN; ) <br> WELLS FARGO BANK, N.A.; ) <br> and SACRAMENTO COUNTY, ) <br> ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. 2:16-CV-00104-JAM-EFB <br><br> **NOTICE OF SETTLEMENT** |

COMES NOW The United States of America ("United States"), and Cynthia Coughlin, by and through their undersigned counsel, and hereby give notice that the parties have reached a settlement of this matter.[1] The parties request that the Court enter a Minute Order vacating the remaining deadlines and hearings. The settlement terms

---

[1] Defendants Wells Fargo and Sacramento County entered into a stipulation with the United States as to the priority of their potential claims, resolving their participation in the litigation unless there is a foreclosure of the liens on the real property.

1

14976942.1

include either full payment or a significant minimum payment (c. 76% of the full balance) by August 1, 2017. In the event the Defendant is unable to fully pay the settlement amount by that date, the agreement provides for the option of installment payments to satisfy any remaining balance. By September 1, 2017 the signatory parties will *either* file a stipulation of dismissal of this adversary proceeding pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure (in the event of full payment), *or* file a status report.

DATED: January 31, 2017

/s/ Aaron M. Bailey
AARON M. BAILEY
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044
(202) 616-3164 (v)
Aaron.M.Bailey@usdoj.gov
*Counsel for the United States*

DATED: January 30, 2017      /s/ Matthew Carlson (original on file
MATTHEW CARLSON
Law Office of Williams & Associates, P.C.
3600 American River Drive Suite 135
Sacramento, CA 95864
*Counsel for Cynthia A. Coughlin*

14976942.1