RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

AARON M. BAILEY
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044
(202) 616-3164 (v)
(202) 307-0054 (f)
Aaron.M.Bailey@usdoj.gov

Of Counsel:
PHILLIP A. TALBERT
United States Attorney
Eastern District of California

*Attorneys for the United States of America*

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA
Sacramento Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CYNTHIA A. COUGHLIN, a/k/a CINDY A. COUGHLIN, d/b/a SHEA & COUGHLIN; WELLS FARGO BANK, N.A.; and SACRAMENTO COUNTY,<br><br>　　　　Defendants. | Case No. 2:16-CV-00104-JAM-EFB<br><br>**STIPULATION TO DISMISSAL** |

COMES NOW The United States of America ("United States") and Cynthia A. Coughlin, by and through their undersigned counsel, and hereby move for dismissal of this matter pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear its own costs. A proposed order of dismissal is attached.

1

16146709.1

FILED
JAN 0 4 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

DATED: January 4, 2018

/s/ Aaron M. Bailey
AARON M. BAILEY
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044
(202) 616-3164 (v)
Aaron.M.Bailey@usdoj.gov
*Counsel for the United States*

DATED: January 3, 2018

/s/ R. Todd Luoma (original on file)
R. TODD LUOMA
Law Office of Williams & Associates, P.C.
3600 American River Drive Suite 135
Sacramento, CA 95864
*Counsel for Cynthia A. Coughlin*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
Sacramento Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-CV-00104-JAM-EFB |
| Plaintiff, | [~~Proposed~~] ORDER |
| v. | |
| CYNTHIA A COUGHLIN, A/K/A, CINDY A. COUGHLIN, D/B/A, SHEA & COUGHLIN; WELLS FARGO BANK, N.A.; and SACRAMENTO COUNTY,, | |
| Defendants. | |

On January _, 2018, the United States and Defendant Cynthia Coughlin, stipulated to dismiss this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1), with each party to bear its own costs. Pursuant to these terms, it is therefore

ORDERED that this matter is DISMISSED with prejudice. Parties shall bear their own costs.

DATED this 4th day of January, 2018.

JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE